UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| v. | : | |
| ROBERT JARED CARPENTER | : | VIOLATION: |
| | : | 26 U.S.C. § 7201 TAX EVASION |
| Defendant. | : | |

## INFORMATION

The United States Attorney for the District of Columbia charges that

### COUNT ONE

That during the calendar years 2001 through 2003, ROBERT JARED CARPENTER, a resident of the District of Columbia, had and received total income in the sum of $ 236,135 upon said taxable income there was owing to the United States of America an income tax of $74,241; well-knowing and believing the foregoing facts, ROBERT JARED CARPENTER, on or about April 15, 2002, April 15, 2003, and April 15, 2004, respectively, in the District of the District of Columbia, did willfully attempt to evade and defeat said income tax due and owing by him to the United States of America for said calendar years by failing to make a U.S. Individual Income Tax Return on or before the above due dates as extended, as required by law, to any proper officer of the Internal Revenue Service, by failing to pay to the Internal Revenue Service said income tax, by failing to cause taxes to be withheld from his salary, by failing to file Form 941s, by using ATM cash transactions and other cash withdrawals as salary, by causing his income to be reported on Forms 1099 instead of Forms W-2, when he was in fact an employee, and by failing to file Forms 1099 in a timely fashion.

In violation of Title 26, United States Code, Section 7201

Respectfully submitted,

RICHARD T. MORRISON
Acting Assistant Attorney General
Tax Division

By: *[signature]*

Karen E. Kelly
VA Bar # 35403
Mark F. Daly
MA Bar # 640581
Susan H. Vrahoretis
NY Bar # 2192110
Trial Attorneys
Tax Division
601 D Street, N.W.
Washington, D.C. 20530
Tel:   (202) 514-5150
Fax:   (202) 616-2245