UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff. : <br> v. : <br> : <br> ROBERT JARED CARPENTER : <br> : <br> Defendant. : <br> _____: | Criminal Case No.: 1:07-cr-171 <br> (ESH) |

NOTICE OF APPEARANCE

The Clerk of the Court will please note the appearance of G. Allen Dale, as retained counsel on behalf of defendant, Robert Jared Carpenter.

                                           /s/
                                   G. ALLEN DALE - Bar No. 954537
                                   601 Pennsylvania Avenue, N.W.
                                   Suite 900 - North Building
                                   Washington, D.C.  20004
                                   (202) 638-2900
                                   Facsimile:  (202) 783-1654