CO-526
(04/06)

**FILED**

JUL 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs. *Robert J. Carpenton*

Defendant

Criminal No. 07-171

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

X _____
Defendant

_____
Counsel for defendant

G. Allen  date 7/6/07

I consent:

X _____
United States Attorney

Approved:

X _____
Judge Ellen Segal Huvelle