**FILED**
**JUL 0 6 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CASE NO.: 07-CR-00171 (ESH) |
| v. | : |
| | : |
| ROBERT JARED CARPENTER, | : |
| | : |
| Defendant. | : |

## WAIVER OF INDICTMENT

I, Robert Jared Carpenter, the above-named defendant, who is accused of Tax Evasion in violation of Title 26, United States Code, Section 7201, having been advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court on July 6, 2007, prosecution by Indictment and consent that the proceeding may be by Information rather than Indictment.

_____
Robert Jared Carpenter
Defendant

_____
Counsel for Defendant
G. Allen Dale, Esq.
Law Offices of G. Allen Dale

Before _____
Hon. Ellen Segal Huvelle
U.S. District Judge