U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

**FILED**

JUL 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Robert Jared Carpenter, Defendant

Case No.   07-171 (ESH)

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __6th__ day of __July__ ORDERED:

3. That if the defendant is released on bond that he ~~must~~ be accompanied ~~xx~~ __by July 20, 2007__ by __Special Agents of the IRS - CI and DOI__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_E___ S H___

~~United States Magistrate Judge~~
Hon. Ellen Segal Huvelle, U.S.D.J.

Court
~~DEFENSE COUNSEL~~

DOJ USA-16-1-80