UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 07-171 (ESH) |
| | : | |
| ROBERT JARED CARPENTER | : | |
| | : | |
| Defendant. | : | |
| | : | |

_____

**JOINT MOTION TO CONTINUE SENTENCING DATE**

COMES NOW the United States, jointly with the defense, and respectfully requests this this Court to continue the Sentencing Date in the above referenced case, which is presently scheduled for November 1, 2007. The following dates, which are available for counsel, are proposed: December 3, 6, 10 or 17.

A proposed Order is attached.

Respectfully submitted,

JOHN MARRELLA
Deputy Assistant Attorney General
for Criminal Tax


　/s/Karen E. Kelly
Karen E. Kelly
VA. Bar No. 35403
Mark Daly
Susan Vrahoretis
Trial Attorneys
Tax Division
601 D. Street, N.W.
Washington, DC 20530
(202) 616-3864

　/s/ G. Alan Dale
G. Alan Dale
Counsel for the Defendant
601 Pennsylvania Ave N.W.
Suite 900
Washington, D.C. 20036
(202) 628-2900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 07-171 (ESH) |
| | : | |
| ROBERT JARED CARPENTER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

_____

**ORDER**

UPON joint motion of the parties, IT IS HEREBY ORDERED that the previous sentencing date of November 1, 2007 be vacated, and that the Sentencing is hereby scheduled for _____.

**SO ORDERED.**

_____
Judge Ellen Huvelle
U.S. District Court for District of Columbia

1