UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 07-171 (ESH) |
| | : | |
| ROBERT JARED CARPENTER, | : | |
| | : | |
| Defendant. | : | |

FILED

NOV 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

UPON joint motion of the parties, IT IS HEREBY ORDERED that the previous sentencing date of November 1, 2007 be vacated, and that the Sentencing is hereby scheduled for 12/14/07 at 1:45 p.m.

SO ORDERED.

*Ellen S. Huvelle*
Judge Ellen Huvelle
U.S. District Court for District of Columbia