HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-171</u> |
| vs. | : | SSN: |
| Carpenter, Robert Jared | | Disclosure Date: <u>September 7, 2007</u> |

RECEIVED SEP 14 2007 12:50

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

**FILED**

**DEC 1 4 2007**

(CHECK APPROPRIATE BOX)

**NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                                          **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

(X)   There are no material/factual inaccuracies therein. *but see attached letter.*

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*R/J/A prstd by GAJ 9/12/07*                     *[signature] 9/12/07*
**Defendant**         **Date**                              **Defense Counsel**         **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **September 21, 2007**, to U.S. Probation Officer **Deborah A. Stevens-Panzer**, telephone number **(202) 565-1422**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
        United States Probation Officer



LAW OFFICES OF
# G. Allen Dale
A PROFESSIONAL CORPORATION

G. Allen Dale
Direct Dial Number
(202) 783-1629

601 Pennsylvania Avenue, NW
Suite 900, North Building
Washington, D.C. 20004

By fax: 202-273-0242 and first class mail

September 12, 2007

Deborah A. Stevens-Panzer
Senior U.S. Probation Officer
U.S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

    Re: Robert Jared Carpenter, 07-171

Dear Ms. Stevens-Panzer:

    Mr. Carpenter and I have read the draft presentence investigation report and guideline computations you prepared for the Honorable Ellen Segal Huvelle. We take this opportunity to address your report.

    First, on behalf of Mr. Carpenter, I thank you for such a thorough and even handed report. You obviously spent quite a bit of time on this report and we thank you.

    We found no material factual inaccuracies which would have any impact on the advisory guidelines. There were a few typographical errors and we will outline those here.

    On page 2 you list Mr. Carpenter's mom's address as his legal residence. We have no problem with this but did want to remind you that he has moved to _____. I believe we gave you a copy of his lease.

    On page 7, paragraph 31, the brother's name is Colin, not Colvin.

    On page 7, paragraph 32, Mr. Sherman lived in DC, not Mr. Carpenter's mom.

On page 7, paragraph 34, we note that Mr. Carpenter has moved. You indicate he was planning the move.

Aside from the matters mentioned herein, we find your report to be factually correct. Again, thank you,

Sincerely,

G. Allen Dale

Enclosure

GAD/sl

Cc: Robert Jared Carpenter
    Karen E. Kelly, Esq., AUSA

09/21/2007 10 58 FAX 20261617            USDOJ CES-NORTHERN                    ☒002/002



**U.S. Department of Justice**

**Tax Division**

*Southern Criminal Enforcement Section*
*P.O. Box 972, Ben Franklin Station*     (202) 514-5145
*Washington, D.C. 20044*            Telefax: (202) 514-0961

RTM:BMS:SHVrahoretis
5-16-4203
2007201227

**FILED**

September 21, 2007

DEC 14 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BY FAX (202) 273-0242

Deborah A. Stevens-Panzer
Senior U.S. Probation Officer
United States Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

   Re:   United States v. Robert Jared Carpenter
         Cr. No. 07-171 (ESH)

Dear Ms. Stevens-Panzer:

   We have received the presentence investigation report in this case. On page 5, paragraph 12, the report incorrectly states the tax loss as $72,241. The plea agreement states the loss as $74,241. In addition, we note, in reference to the provision regarding restitution on page 13 of the report, that as part of the terms of the plea agreement, Mr. Carpenter agreed to pay the Internal Revenue Service taxes in the amount $74,241, plus interest, *prior* to the date of sentencing. We will keep you informed of his status in this regard.

   Please don't hesitate to contact us if you have any questions in this matter.

                                          Very truly yours,

                                          Karen E. Kelly
                                          Mark F. Daly
                                          Susan H. Vrahoretis
                                          Trial Attorneys
                                          Tax Division
                                          (202) 514-5150

cc:   G. Allen Dale, Esquire
      601 Pennsylvania Ave., NW
      Suite 900 North Building
      Washington, D.C. 20004
      Fax: (202) 783-1654

09/21/2007 10 58 FAX  20261617·          USDOJ CES-NORTHERN                        ☒001/002

# United States Department of Justice

Tax Division
*Criminal Enforcement Section - Northern*
*P.O. Box 972 – Ben Franklin Station*
*Washington, D.C. 20044*
*Fax: (202) 616-1786 – Phone: 514-5150*

| | |
|---|---|
| **TO:** | Deborah A. Stevens-Panzer |
| | Senior U.S. Probation Officer |
| **FAX NUMBER:** | (202) 273-0242 |
| **SUBJECT:** | Robert Jared Carpenter: CR-7-171 |
| **DATE SENT:** | September 21, 2007 |
| **PAGES: (Including this cover sheet)** | |
| **FAX FROM:** | Mark F. Daly |
| | (202) 616-2245 |

**COMMENTS:**

**WARNING:** The information contained in this facsimile is confidential and may be subject to disclosure limitations under Rule 6(e) of the Federal Rules of Criminal Procedure and Section 6103 of the Internal Revenue Code. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify the sender identified above by telephone.

2751977.1