| PROB 22-DC (Rev 2/88) | **TRANSFER OF JURISDICTION** | **FILED** MAR 20 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | DOCKET NUMBER *(Tran. Court)* 07-171 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec Court)* ~~007-717~~ 1:08-CR-26-1 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Robert Carpenter | | DISTRICT District of Columbia | DIVISION U.S. Probation Office |
| | | NAME OF SENTENCING JUDGE Ellen Segal Huvelle | |
| | | DATES OF PROBATION SUPERVISED RELEASE | FROM December 14, 2007 / TO December 13, 2011 |

OFFENSE

Tax Evasion

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the District of Vermont upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/15/08
Date

*Ellen S Huvelle*
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/17/08
Effective Date

*J. Garvan Murtha*
United States District Judge